## STATEMENT OF FACTS

On February 6, 2020 at approximately 6:30 a.m., Officers of the Metropolitan Police Department (MPD) were dispatched to the 400 Block of F Street, N.W. for the report of an injured person (hereinafter "Victim") bleeding from the head. Emergency Medical Services (EMS) also responded to the scene and transported Victim to George Washington University Hospital.

Officers canvassed the scene for video footage. A review of surveillance from the Washington Metropolitan Area Transit Authority (hereinafter "WMATA" or "Metro") depicted Defendant Olivia Dansby and Defendant Christian Lopez-Lucca exiting a Green Line Metro train directly behind Victim complainant at the Gallery Place Metro Station at approximately 6:20 a.m. At approximately 6:25 a.m., the defendants are observed on an exterior camera following Victim eastbound along the north sidewalk of the 500 Block of F Street, N.W. At approximately 6:27 a.m., Defendant Lopez-Lucca is captured on an exterior camera kneeling down near a planter and appears to drop something adjacent to the planter. The defendants then fled in a north-bound direction on 5th Street, N.W. Washington, D.C. towards G Street N.W., Washington, D.C. A baseball bat was later recovered next to the planter where Defendant Lopez-Lucca is seen dropping an item. In summary, the actual assault and robbery upon Victim is was not captured on video footage, but the video does capture the defendants following Victim in the Metro Station, following Victim one minute prior to the assault and robbery and then fleeing the scene one minute after the assault and robbery as Defendant Lopez-Lucca appears to discard a bat.

MPD Detectives were able to speak to Victim at the hospital. Victim stated he rode a Green Line Metro train on his way from his residence to his place of employment. Victim is an employee of the Federal Bureau of Investigation (FBI) and was on his way to work at the FBI Office when the event occurred. Victim recalled exiting at the Gallery Place Station and walked up the escalators. Victim recalled seeing individuals standing around him and assisting him, and lights from an ambulance. Victim reported having no memory of the physical assault or robbery. Victim stated that his wallet was missing; the wallet contained $90 in U.S. currency, a Metro Transit Smart Trip Card (funded by the FBI), Victim's driver's license, and several credit cards, including an FBI government-issued credit card. The Victim's injuries from the assault included skull fractures and bleeding on his brain. The attending physician advised that Victim was going to be transferred to the "Intensive Care Unit" at the hospital to be prepared for surgery. Victim ultimately underwent head surgery due to his injuries.

Detectives contacted Metro for assistance in determining if Victim's Smart Trip Card could be tracked. Detectives learned that Victim's Smart Trip card was used at the Georgia Ave Metro Station at 8:33 a.m. Further investigation revealed that Victim's stolen credit cards, including one issued by the federal government, were used, or attempted to be used. Detectives recovered video footage of Defendant Dansby, accompanied by Defendant Lopez-Lucca, using the cards. The images were used, amongst other images gathered throughout the investigation, to create a Be On The Lookout ("BOLO").

On February 12, 2010 and on February 13, 2010, two other assaults and robberies occurred in Washington, D.C. by suspects who matched the description of Defendant Olivia Dansby and Defendant Christian Lopez-Lucca.

On February 18, 2020, MPD received a tip that stated, in pertinent part, "the female half is named Olivia." A subpoena was submitted to PayPal in reference to a transaction that had occurred using Victim's federal government-issued credit card; the subpoena returned a name associated with the transaction as "Olivia Nicole." Defendant Dansby's middle name is "Nicole." On February 19, 2020, MPD received another tip that stated, in pertinent part, that the caller "was watching a video from 'DMV crime report' and at the end of the video, a 'Persons of Interest' flyer was depicted [and the caller] recognized the male suspect . . . as Christian Luca, 19 years old, Puerto Rican, and works at the I-Hop on Alabama Ave S.E. He also frequents 15th and F Street."

On February 20, 2020, detectives met with another individual (hereinafter Witness One for purposes of this Statement of Facts) who has known known Defendant Lopez-Lucca for approximately six months and interacted with him on a regular basis. Witness One was shown images of Defendant Lopez-Lucca taken from surveillance video from the three assaults and robberies. Witness One identified the individual in the images as Christian Lopez, stating "I'm positive."

On February 21, 2020 at approximately 12:11 pm, FBI agents were conducting surveillance in the area of 1828 Q Street S.E., Washington D.C. looking for Defendant Lopez-Lucca. When agents saw Defendant Lopez-Lucca walk from 1828 Q Street toward the bus stop, he was detained and placed under arrest. Defendant Dansby was arrested approximately one hour later as she exited 1828 Q Street, S.E. In a post-Miranda statement, Defendant Dansby admitted she and Defendant Lopez-Lucca were at the scene of the February 6, 2020 assault and robbery, but she denied knowledge of the assault and robbery. Defendant Dansby did admit to using the stolen credit cards knowing they were stolen. Defendant Dansby additionally placed herself on the scene of the February 12 assault and robbery, and she admitted to committing the February 13 robbery.

On February 21, 2020, law enforcement executed a search warrant at 1828 Q Street, Southeast, Apartment #204, Washington, D.C. Among the items recovered were items that may have been stolen during the three robberies, proceeds from fraudulent purchases after the robberies, or clothing matching that depicted in surveillance footage worn by the defendants: a Garage brand parka, five gift cards, a pink wallet, three Metro SmarTrip cards, a yellow backpack, jewelry items, and an internet hotspot. Defendant Dansby's Washington, D.C. identification card was also located during the search warrant.

As a matter of disclosure, the affiant notes the following: as a result of the BOLOs, MPD received four additional tips that identified other individuals as the robbers, but further investigation ruled-out each of those individuals.

_____
DETECTIVE AHSAN MUFTI
METROPOLITAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this \_\_\_\_\_ day of _____, 2020.

_____
G. Michael Harvey
U.S. MAGISTRATE JUDGE